IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
QWEST CORPORATION,            )
                              )
          Plaintiff,          )        4:08CV3035
                              )
     v.                       )
                              )
NEBRASKA PUBLIC SERVICE       )        ORDER
COMMISSION; GERALD L. VAP,    )
ANNE C. BOYLE, TIM SCHRAM,    )
ROD JOHNSON, and FRANK LANDIS,)
JR., in their official        )
capacities as the             )
Commissioners of the          )
Nebraska Public Service       )
Commission; and COX NEBRASKA  )
TELECOM, LLC,                 )
                              )
          Defendants.         )
_____)
```

This matter is before the Court after conference with counsel.  Pursuant to agreement of the parties,

IT IS ORDERED:

1) The stipulated record will be filed on or before June 13, 2008.

2) Plaintiff's brief requesting affirmative relief shall be filed on or before July 18, 2008, said brief not to exceed fifty (50) pages.

3) Defendants' responsive brief and affirmative defense brief shall be filed on or before August 20, 2008, said brief not to exceed fifty (50) pages.

4) Plaintiff's reply brief shall be filed on or before September 29, 2008, said brief not to exceed thirty (30) pages.

5) Oral argument is scheduled for:

**Tuesday, October 28, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 2nd day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court